UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Faith S. Hochberg, U.S.D.J. |
| v. | Crim. No. 06-406 |
| FREDERICK S. SCHIFF and RICHARD J. LANE | **Amended Order of Dismissal** |

Pursuant to Fed. R. Crim. P. Rule 48(a) and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey (Mark E. Coyne, Assistant U.S. Attorney, appearing), hereby dismisses with prejudice the Indictment and the Superseding Indictment in this case (and the Indictment in Crim. No. 05-474) against defendants Frederick S. Schiff and Richard J. Lane, charging them with conspiracy to commit securities fraud, in violation of 18 U.S.C. § 371, and securities fraud, in violation of 15 U.S.C. §§ 78j(b) & 78ff, 17 C.F.R. § 240.10b-5, and 18 U.S.C. § 2, because further prosecution is not in the interests of the United States.

PAUL J. FISHMAN
UNITED STATES ATTORNEY

_____
Mark E. Coyne
Assistant U.S. Attorney
Chief, Appeals Division

Leave of Court is granted
this 3rd day of July, 2012:

_____
Hon. Faith S. Hochberg
United States District Judge